**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

___ALEXANDER BRIAN ARREDONDO,___
        Plaintiff(s)

V.

___DAVID ROBERTO, ET AL___
        Defendant(s)

CIVIL ACTION

NO. __12CV11785-FDS__

**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE ___SAYLOR___

[ ]   The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]   On ___May 15, 2014___ I held the following ADR proceeding:

|  |  |  |  |
|---|---|---|---|
| _____ | SCREENING CONFERENCE | _____ | EARLY NEUTRAL EVALUATION |
| ___X___ | MEDIATION | _____ | SUMMARY BENCH / JURY TRIAL |
| _____ | MINI-TRIAL | _____ | SETTLEMENT CONFERENCE |

x   All parties were represented by counsel [except _____]

x   The parties were / present in person or by authorized corporate officer [except _____].

The case was:

[ x ]   Settled. Your clerk should enter a 45 day settlement order of dismissall.

[ ]   There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:
_____
_____

___May 15, 2015___
        DATE

/s/ Kenneth P. Neiman

ADR Provider

(mef ADR Report Form.wpd  - 4/12/2000)                                                                                                          [adrrpt.]